**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-1956

JOHN D. MCCOY,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, District
Judge.  (CA-96-125-B)

Submitted:  April 7, 1998          Decided:  June 18, 1998

Before WILKINS and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Vernon M. Williams, WOLFE & FARMER, Norton, Virginia, for Appel-
lant.  James A. Winn, Chief Counsel, Region III, Patricia M. Smith,
Deputy Chief Counsel, Rafael Melendez, Assistant Regional Counsel,
Office of General Counsel, SOCIAL SECURITY ADMINISTRATION; Robert
P. Crouch, Jr., United States Attorney, John F. Cochran, Assistant
United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant John D. McCoy appeals from district court orders that adopted the report and recommendation of a magistrate judge, affirmed an ALJ's decision denying him disability benefits, and denied reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. See Hays v. Sullivan, 907 F.2d 1453, 1456 (4th Cir. 1990). Accordingly, we affirm the orders based upon the reasoning of the district court. McCoy v. Apfel, No. CA-96-125-B (W.D. Va. May 13 & 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED